B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District Of  Puerto Rico

In re   MAYDA VAZQUEZ SANTIAGO         ,        Case No.  10-07708 BKT 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**DLJ MORTGAGE CAPITAL, INC.**
**(Serviced by Select Portfolio Servicing, Inc.)**
Name of Transferee

**BANCO POPULAR DE PUERTO RICO**
Name of Transferor

Name and Address where notices to transferee should be sent: **PARRA, DEL VALLE & LIMERES**
   PO BOX 331429
   PONCE, PR 00733-1429

Court Claim # (if known):  **13 (as amended)**
Amount of Claim:  **$322,767.30**
Date Claim Filed:  **06/19/2013**

Phone:  **787-848-4900**
Last Four Digits of Acct #:   **5704**

Phone:  **787-723-0077**
Last Four Digits of Acct. #:   **0063**

Name and Address where transferee payments should be sent (if different from above):
 **SELECT PORTFOLIO SERVICING, INC.**
 **ATTN:  REMITTANCE PROCESSING**
 **PO BOX 65450**
 **SALT LAKE CITY, UT  84165-0450**

Phone:  **1-800-258-8602**
Last Four Digits of Acct #: **5704**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  **/s/José A. Moreda del Valle**          Date:  **November 1st, 2013**
     Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.