IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 10-07708 BKT |
| | * | |
| MAYDA VAZQUEZ SANTIAGO | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

_____

**DEBTOR'S MOTION REQUESTING _ORDER DISMISSING CASE_
DOCKET NO. 88 BE SET ASIDE/RECONSIDERATION AND
DEBTOR'S REQUEST FOR CONVERSION TO CHAPTER 7**

**TO THE HONORABLE COURT:**

**COMES NOW, MAYDA VAZQUEZ SANTIAGO,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On April 28, 2014, the Court issued an *Order Dismissing Case*, docket no. 88, whereby the above captioned case was dismissed upon the *Trustee's Motion to Dismiss*, docket no. 75.

2. The debtor respectfully submits that she did incur in the Plan arrears as stated by the Chapter 13 Trustee in his motion to dismiss, docket no. 75, but that the Plan arrears were caused by debtor's medical condition resulting from the recent tragic death of her non-filing spouse and which condition prevented the debtor from producing income during several months.

3. The debtor also respectfully submits that she did reply to the Trustee's motion to dismiss by filing a post-confirmation modified Plan, docket no. 77, whereby the Plan arrears were proposed to be cured. This Plan modification was "unfavorably" recommended by the Chapter 13 Trustee, docket no. 81, and the debtor requested and

Page – 2 –
Debtor's motion for reconsideration
Case no. 10-07708 BKT13

obtained additional time within to cure the objection raised by the Chapter 13 in his report

for confirmation of the modified Plan, docket no. 82, 84 and 85. Basically, the Trustee's

objection was a "feasibility" issue presented by debtor's Schedules "I " and "J " *vis a vis* the

proposed Plan amended payment of $1,160.00.

4. On April 28, 2014, this Honorable Court denied the proposed modified Plan,

docket no. 87 and also issued an *Order Dismissing Case*, docket no. 88, whereby the

above captioned case was dismissed based on the Trustee's motion to dismiss, docket no.

75.

5. The debtor is hereby respectfully requesting reconsideration of the Order of

dismissal, whereby, if granted, the case would be re-opened, to allow the debtor to convert

the case to a case under Chapter 7.

6. This motion requesting order of dismissal be set aside/reconsideration is

grounded on Rule 9024 of the Federal Rules of Bankruptcy Procedure, which applies Rule

60 of the Federal Rules of Civil Procedure.

7. Under Rule 60 (b) (1) and (6), within a reasonable time, a debtor may request the

Court to relieve him from a final order for the following reasons: mistake, inadvertence,

surprise, or excusable neglect and/or for any other reason justifying relief from the

operation of the judgment. Rule 60 (b) (1) and (6) of the Federal Rules of Civil Procedure.

8. In the present case, the debtor's failure to maintain current Plan payments to the

Trustee was based on a temporary lack of income and a permanent reduction in the

household income due to the death of debtor's non-filing spouse, which current income is

insufficient to make the Chapter 13 Plan payments.

Page – 3 –
Debtor's motion for reconsideration
Case no. 10-07708 BKT13

9. Furthermore, the debtor has filed a Complaint for Damages resulting from the death of her non-filing spouse, which asset may be administered/liquidated through the Chapter 7 Trustee in order to pay all creditors in the above captioned case.

10. Therefore, the debtor respectfully prays the Court re-open and set aside the *Order Dismissing Case*, dated April 28, 2014, docket no. 88, allowing the debtor to continue under the protection of the Bankruptcy Court, and allowing the debtor to convert the present Chapter 13 case to a case under Chapter 7.

**WHEREFORE**, debtor respectfully requests this Honorable Court grant this motion and set aside/reconsider the April 28, 2014, *Order Dismissing Case* (docket no. 88) entered in the above captioned case, for the purposes of allowing the debtor to request a conversion to Chapter 7.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

I **CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF filing system which will send notification of this motion to: Jose

Page – 4 –
Debtor's motion for reconsideration
Case no. 10-07708 BKT13

Ramon Carrion Morales, Chapter 13 Trustee; US Trustee's Office, Monsita Lecaroz Arribas, Esq.; and that a copy of the same has been sent via US Mail to the debtor Mayda Vazquez Santiago, 790 Veredas De Los Cedros Gurabo PR 00778; and to all creditors and parties in interest appearing in the Master Address List, hereby attached.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico, this 29th day of April, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787- 744-7699 FAX 787-746-5294
Email:rfigueroa@rfclawpr.com

Label Matrix for local noticing
0104-3       .
Case 10-07708-BKT13
District of Puerto Rico
Old San Juan
Tue Apr 29 10:11:09 AST 2014

AES/PHEAA
PO Box 8147
Harrisburg, PA 17105-8147

BANCO POPULAR  PR
PO BOX 366818
SAN JUAN, PR 00936-6818

ECMC
PO BOX 75906
ST PAUL, MN 55175-0906

JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD, MN 56302-7999

MIDLAND FUNDING LLC/AMERICAN INFOSOURCE LP
PO BOX 4457
HOUSTON, TX 77210-4457

MIDLAND FUNDING LLC/RECOSER  LLC
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

POPULAR AUTO
PO BOX 366818
SAN JUAN, PR 00936-6818

Select Portfolio Servicing
PO Box 65450
Salt Lake City, UT 84165-0450

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AES/PHEAA
PO BOX 8183
HARRISBURG PA 17105-8183

AES/USEFG ELT BONY
1200 N 7TH ST
HARRISBURG PA 17102-1419

AXESA
PO BOX 191225
SAN JUAN PR 00919-1225

BANCO POPULAR PR
PO BOX 70100
SAN JUAN PR 00936-8100

BANCO POPULAR PR(808)
PO BOX 362708
SAN JUAN PR 00936-2708

CARMEN PEREZ ESQ
PO BOX 1870
CAGUAS PR 00726-1870

CITIFINANCIAL
PO BOX 700
CAGUAS PR 00726-0700

CITIFINANCIAL INC
PO BOX 70919
CHARLOTTE NC 28272-0919

DEPARTMENT TREASURY
235 AVE ARTERIAL HOSTOS SUITE 1504
SAN JUAN PR 00918-1451

DLJ MORTGAGE CAPITAL, INC.
c/o SELECT PORTFOLIO SERVICING, INC.
PO Box 65250
Salt Lake City, UT 84165-0250

ECMC
PO BOX 75906
SAINT PAUL MN 55175-0906

(p)ORIENTAL BANK AND TRUST
PO BOX 195115
SAN JUAN PR 00919-5115

GE MONEY BANK/RECOVERY MGT SYSTEMS CORP
25 SE 2nd AVE SUITE 1120
MIAMI FL 33131-1605

IDALIA N LEON LANDRAU
VILLA DEL REY 4
G18 CALLE 2
CAGUAS PR 00725-4012

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

IVONNE LICHT GARCIA ESQ
PMB 2158 PO BOX 4956
CAGUAS PR 00726-4956

JC PENNEY
PO BOX 364788
SAN JUAN PR  00936-4788

JOSE W CARTAGENA
701 PONCE DE LEON STE 401
SAN JUAN PR 00907-3248

JULIO HUGO CARRILLO & IRMA M CORTES RODRIGUE
VILLA DEL REY 4
G18 CALLE 2
CAGUAS PR 00725-4012

MYRIAM GONZALEZ PEREZ ESQ
PO BOX 360138
SAN JUAN PR 00936-0138

Midland Funding LLC
by American InfoSource LP as agent
PO Box 4457
Houston, TX  77210-4457

ORIENTAL BANK & TRUST
PO BOX 1952
HUMACAO PR 00792-1952

POPULAR AUTO (POPULAR LEASING)
PO BOX 366818
SAN JUAN PR 00936-6818


POPULAR LEASE
PO BOX 50045
SAN JUAN PR 00902-6245

PUERTO RICO ELECTRIC POWER
BANKRUPTCY CLAIMS OFFICE
PO BOX 364267
SAN JUAN PR 00936-4267

Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605


RAFAEL FERRER & BERTA HERNANDEZ
VILLAS DEL PILAR
A 3 CALLE 1
SAN JUAN PR 00926-5446

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

YVONNE LICHT GARCIA ESQ
PMB 2158 PO BOX 4956
CAGUAS PR 00726-4956


JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MAYDA VAZQUEZ SANTIAGO
790 VEREDAS DE LOS CEDROS
GURABO, PR 00778

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


EUROBANK
PO BOX 191009
SAN JUAN PR 00919-1009

(d)ORIENTAL BANK & TRUST/EUROBANK
PO BOX 192099
SAN JUAN PR 00919


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)DLJ MORTGAGE CAPITAL, INC

(d)AES/PHEAA
PO BOX 8147
HARRISBURG PA 17105-8147

(d)BANCO POPULAR PR
PO BOX 366818
SAN JUAN PR 00936-6818


(d)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
ST CLOUD MN 56302-7999

End of Label Matrix
Mailable recipients     42
Bypassed recipients      4
Total                   46